IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

IN RE:                              *
                                    *       CV 320-002
$823,561.62 on Deposit              *
in the Registry of the Court        *

**ORDER AND NOTICE OF
PRETRIAL PROCEEDINGS**

**IT IS ORDERED** that lead counsel for the claimants in this case are hereby instructed to meet and confer, in person, and to prepare and file with the Clerk of this Court a joint consolidated proposed pretrial order. The proposed pretrial order shall be filed by the close of business on February 14, 2020. Because Claimant Lisa Bird is proceeding pro se, counsel for Claimant George Mack Bird IV shall have the responsibility to initiate compliance herewith. The form of the proposed pretrial order shall be in accord with the attached instructions. For the parties' convenience, the form may be located at the Court's website www.gasd.uscourts.gov under "Forms" > "Civil Forms" > "Consolidated Pretrial Order – Judges Hall, Bowen & Moore."

A party's failure to comply with the requirements of this Order may result in dismissal of his or her claim or in other sanctions determined appropriate by the Court. The Court will reject any proposed pretrial order prepared only from telephone

conversations. The proposed pretrial order shall include a paragraph stating the date, location and duration of the meeting and the names of all counsel or parties participating. If any party in this case is not represented by counsel, such party shall comply with the requirements hereof in the same manner as counsel. Proposed pretrial orders which are not consolidated (<u>proposed jointly</u>) will not be accepted without the written permission of the Court.

All evidentiary objections and motions in limine, and responses thereto, which have not been resolved prior to the pretrial conference shall be submitted in writing at least seven (7) days prior to the scheduled pretrial conference.

The Clerk of Court has scheduled the pretrial conference for **Thursday, February 20, 2020 at 11:30 a.m.**, at the J. Roy Rowland United States Courthouse, at Dublin, Georgia. At the time of the pretrial conference, the Court will approve, disapprove, or direct amendment of the proposed pretrial order. All trial exhibits (hard copies <u>and</u> in digital format) and an exhibit list <u>must</u> be provided to the Court at the pretrial conference. <u>Lead counsel for each party shall attend the pretrial conference.</u>

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE