IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
IN RE:                          *
                                *     CV 320-002
$823,561.62 ON DEPOSIT          *
IN THE REGISTRY OF THE COURT    *
```

NOTICE OF TRIAL

The Court will conduct a bench trial in the captioned matter on **Wednesday, September 30, 2020, at the Federal Justice Center in Augusta, Georgia at 10:00 a.m.**  A pre-trial conference will not be held.  To ensure that this bench trial starts promptly, the parties are directed to arrive no later than 9:30 a.m. to meet with the Courtroom Deputy Clerk regarding preliminary matters.

Final exhibit lists and all exhibits are to be properly prepared and marked in accordance with the Federal Rules of Civil Procedure and Local Rules of the Southern District of Georgia.  An original and three (3) copies of exhibit lists and all documents, as well as a digital copy of the exhibits, are required on the morning of trial.[1]  A joint exhibit list is recommended, and

---

[1] The Court requests counsel for Claimant George Mack Bird IV to facilitate the submission of a digital record of Claimant Lisa Bird's exhibits.

duplications of exhibits should be avoided to the extent practicable.

With respect to witnesses, the parties are responsible for obtaining subpoenas from the Clerk of Court and for service of the subpoena upon the witness at least seven (7) days prior to the trial date.

The parties may amend or supplement the Proposed Consolidated Pretrial Order submitted on February 28, 2020 (doc. no. 8) by close of business on August 21, 2020. Any motions in limine and supporting briefs must be filed by close of business on August 28, 2020. Responsive briefs are due by September 9, 2020. The parties will not be required to submit Proposed Findings of Fact and Conclusions of Law.

**ORDER ENTERED** at Augusta, Georgia this 21st day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE